**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TIMOTHY J. ADAMS,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:22-0495** |
| **v.** | : | **(JUDGE MANNION)** |
| | : | |
| **MR. WAHL, Superintendent,** | : | |
| **Respondent** | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Petitioner's motion for discovery (Do. 16) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 27, 2022**
22-0495-01